IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD LEBOFSKY | : CIVIL ACTION |
| v. | : |
| CITY OF PHILADELPHIA | : NO. 06-CV-5106 |

ORDER

AND NOW, this 29th day of May, 2009, IT IS HEREBY ORDERED that the defendant's motion for summary judgment (Dkt. # 32) is GRANTED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR.